ACCEPTED
12-15-00116-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/3/2015 4:13:42 PM
Pam Estes
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/3/2015 4:13:42 PM
PAM ESTES
Clerk

September 03, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Gerardo Fernando Romo-Orta**
    **12-15-00116-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

    Sincerely,


    /s/Austin Reeve Jackson

September 03, 2015


Gerardo Fernando Romo-Orta
Inmate
Smith County Jail
206 E. Elm
Tyler, TX 75702

**Re: Opinion**

Mr. Romo-Orta:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:  9407 1118 9956 3895 1148 83

**ARTICLE ADDRESSED TO:**

Gerardo Fernando Romo-Orta
Inmate
Smith County Jail
206 E. Elm St
Tyler TX 75702-7312

**FEES**

| | |
|---|---|
| Postage Per Piece | $0.485 |
| Certified Fee | 3.450 |
| Total Postage & Fees: | 3.935 |

SEP 03 2015

LONGVIEW DOWNTOWN STATION
USPS

Postmark
Here